UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MALIBU MEDIA, LLC,

       Plaintiff,                      No. 2:18-CV-12059-MAG-MKM

V                                   Hon. Mark Goldsmith

JEREMY HUNT,            Mag. Mona Mazoub

       Defendant.

_____/

## **APPEARANCE**

TO THE CLERK OF COURT AND COUNSEL OF RECORD:

    The undersigned hereby appears as counsel for the Defendant in the above matter.

                                  Respectfully submitted,

                                  /s/David Kramer

                                  _____

                                  David Kramer (P46342)
                                  Attorney for Defendant
                                  42400 Grand River Ave Ste 109
                                  Novi, MI 48375-2572
                                  (248) 248-7400

DATED: October 23, 2018

## **PROOF OF SERVICE**

A copy of this document was this day served on counsel of record via the Court's ECF filing system.

Respectfully submitted,

/s/David Kramer

_____

David Kramer (P46342)
Attorney for Defendant
42400 Grand River Ave Ste 109
Novi, MI 48375-2572
(248) 248-7400

DATED:  October 23, 2018